USCA1 Opinion

 

[NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT]
United States Court of Appeals
For the First Circuit
 No. 98-1367

 LESTER L. SMITH,

 Plaintiff, Appellant,

 v.

 JOSHUA FISHBEIR, ET AL.,

 Defendants, Appellees.
 ____________________

No. 98-1858

 LESTER L. SMITH, JR.,

 Plaintiff, Appellant,

 v.

 ARGEO PAUL CELLUCCI, ETC., ET AL.,

 Defendants, Appellees.

 APPEALS FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. Patti B. Saris, U.S. District Judge]

 Before

 Boudin, Circuit Judge,
Bownes, Senior Circuit Judge,
and Lynch, Circuit Judge. 

 

 Lester L. Smith on brief pro se.
 Stephen A. Jonas and Hale and Dorr LLP on brief for appellee Mollie Wilson.
 

March 11, 1999

 Per Curiam. Having carefully reviewed the judgment
 in light of the briefs on appeal, the pleadings and the record
 below, we agree with the district court's conclusion that
 appellant's two complaints lack an arguable basis in law. The
 complaints were properly dismissed under 28 U.S.C. 1915(e).
 Affirmed. See Loc. R. 27.1.